IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: C. R. Bard, Inc.*
*Pelvic System Products Liability Litigation*
*MDL No. 2187*

Civil Action No. 2:14-cv-09492

### NOTICE OF SERVICE UNDER DELAYED FILING AGREEMENT

Come now the Plaintiff(s) named below and show the Court, as directed by Pretrial Order #85 (Amended Order Regarding Delayed Filing and Application to the Statute of Limitations), that the Short Form Complaint was served on or forwarded to the following Defendant(s):

First Named Plaintiff: Carmen Livingston

Defendants *(Select Defendant(s) upon whom the Short Form Complaint was served or forwarded)*:

| | DEFENDANT NAME | DATE | | DEFENDANT NAME | DATE |
|---|---|---|---|---|---|
| ☑ | A. C. R. Bard, Inc. ("Bard") | 6/27/13 | ☐ | F. Johnson & Johnson | |
| ☐ | B. Sofradim Production SAS ("Sofradim") | | ☐ | G. American Medical Systems, Inc. ("AMS") | |
| ☐ | C. Tissue Science Laboratories Limited ("TSL") | | ☐ | H. Boston Scientific Corporation | |
| ☐ | D. Ethicon, Inc. | | ☐ | I. Mentor Worldwide LLC | |
| ☐ | E. Ethicon, LLC | | ☐ | J. Coloplast Corp. | |

Address and bar information:

William J. Doyle II

Attorneys for Plaintiff

William J. Doyle II (CA #188069)

10200 Willow Creek Road, Suite 150

San Diego, CA 92131